# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re: Lisa L. Yeckley ) Case No. 16-15232
) Chapter 13 Proceedings
Debtor ) Judge Jessica E. Price Smith

## CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee herein, by and through counsel, and hereby moves this Honorable Court to issue an Order requiring Lisa L. Yeckley to appear for examination pursuant to Bankruptcy Rule 2004. In support of her motion, the Trustee makes the following representations to the Court:

1. The Debtor filed for bankruptcy relief under Chapter 13 of the Bankruptcy Code on September 22, 2016.

2. The Trustee reviewed the Debtor's 2017 federal tax return and found that the Debtor was to receive a tax refund in the amount of $7,286.00. Pursuant to language in paragraph 5 of the order confirming the plan, the Debtor is required to turn over the sum of $1,436.00 to the Trustee.

3. The Trustee sent correspondence to the Debtor and counsel on August 10, 2018 to advise of the amount required to be turned over to the Trustee from the tax refund.

4. To date, there has been no response to the letter and no funds from the tax refund have been turned over to the Trustee as required.

5. The Debtor is requested to bring to this exam:
   - Proof that funds from the Debtor's 2017 federal tax refund in the amount of $1,436.00 have been sent to the Trustee's office.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to grant her motion and order Lisa L. Yeckley to appear on Wednesday, October 17, 2018 at 10:45 AM for examination for the reasons cited and to supply the documents requested.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on September 20, 2018, a true and correct copy of the Trustee's Motion for Examination Pursuant to Bankruptcy Rule 2004 was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William J. Balena, on behalf of Lisa L. Yeckley, Debtor, at docket@ohbksource.com

And by regular U.S. Mail, postage prepaid, on:

    Lisa L. Yeckley, Debtor, at 5901 Edgehill Drive, Parma Heights, OH  44130

    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    ch13trustee@ch13cleve.com

LAH.mg
09/20/18