UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: LISA YECKLEY  CASE NO: 16-15232

Debtor(s)  CHAPTER 13

JUDGE: JESSICA PRICE SMITH

## DEBTOR'S MOTION TO TERMINATE PAY ORDER

NOW COMES William J. Balena, counsel for Debtor, and hereby moves this Honorable Court to order the release of the wages of the Debtors from the jurisdiction of the court. In support of this Motion, counsel makes the following representations:

1. Debtor filed a motion for voluntary dismissal of her chapter 13 case.

2. Debtor's wages are no longer needed to fund her plan.

WHEREFORE, the Debtor prays that she and her employer be released from this court's order pertaining to their wages under the Chapter 13 case, and that no further wage deductions should be taken by an employer and no further plan payments be remitted by debtor.

Respectfully submitted,

BALENA LAW FRIM LLC

/s/ William J. Balena
William J. Balena, Member (0019641)
Attorney for Debtors
30400 Detroit Rd., #106
Westlake, OH 44145
(440) 365-2000
(866)-936-6113 - Fax
docket@ohbksource.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: LISA YECKLEY | CASE NO: 16-15232 |
| Debtor(s) | CHAPTER 13 |
| | JUDGE: JESSICA PRICE SMITH |

## CERTIFICATION

The undersigned attorney for Debtor hereby certifies that on October 8, 2018, a copy of the foregoing Motion to Terminate Pay Order was served via regular U.S. mail upon the following parties of interest:

Lauren Helbling, Chapter 13Trustee at ch13trustee@ch13cleve.com.

Lisa Yeckley, 5901 Edgehill Drive, Parma Hts, Ohio 44130

Respectfully submitted,

/s/ William J. Balena

_____
William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Rd., #106
Westlake, OH 44145
(440) 365-2000
(866)-936-6113 - Fax
docket@ohbksource.com