IT IS SO ORDERED.

Dated: 10 October, 2018 01:10 PM

*Jessica E. Price Smith*
JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:    LISA YECKLEY          CASE NO: 16-15232

Debtor(s)          CHAPTER 13

                                               JUDGE JESSICA PRICE SMITH

**ORDER RELEASING WAGES**
**FROM THE JURISDICTION OF THE COURT**

Upon consideration of Debtors' Motion for Dismissal of her Chapter 13, the court finds that a release of the wages from the jurisdiction of the court is appropriate.

**IT IS THEREFORE ORDERED** that the Debtor and her employer, if applicable, are hereby released from the court's order pertaining to the wages of the debtors. No further wage deductions should be taken by an employer, and no further plan payments should be remitted by debtors.

**IT IS SO ORDERED.**

Submitted by:

BALENA LAW FIRM LLC


/s/William J. Balena

_____
William J. Balena, Member   0019641
Attorney for Debtors
30400 Detroit Rd., #106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com


###

## SERVICE LIST

Lauren Helbling, Chapter 13 Trustee, VIA ECF at ch13trustee@ch13cleve.com.

William J. Balena
Attorney for Debtors
(via ecf at docket@ohbksource.com)

Lisa Yeckley
5901 Edgehill Drive
Parma Hts, Ohio 44130

Carrabba's Italian Grill
5030 Tiedeman Road
Cleveland, Ohio 44144